Exhibit 9

 

## NEW YORK CITY WINE & FOOD FESTIVAL

**ENTER NOW FOR YOUR CHANCE TO MINGLE WITH THE STARS AT NYC'S BIGGEST WINE AND FOOD FESTIVAL**

PRESENTED BY 



## PRIZE INCLUDES:

A PAIR OF TICKETS TO FOUR FESTIVAL EVENTS SCHEDULED FOR OCTOBER 12-14

ROUND-TRIP AIRFARE

TWO-NIGHT STAY AT VICEROY CENTRAL PARK

TWO CITYPASS ATTRACTION TICKETS

**NYC**
The Official Guide
nycgo.com

*worth $4,500+*

Fill in the fields below to get 1 FREE issue of Food Network Magazine and be automatically entered for your chance to win. If you'd prefer to enter the sweepstakes without getting a free trial, *click here*.

NO PURCHASE NECESSARY TO ENTER OR WIN.

If you like what you see, you'll get 1 year (for a total of 11 issues) for just $12.00 — that's 75% less than others pay on the newsstand. If not, return the bill marked "cancel" and keep the first issue with no obligation. You'll still be eligible to win the sweepstakes.

| | |
|---|---|
| FIRST NAME: | |
| LAST NAME: | |
| ADDRESS: | |
| ADDRESS 2: | |
| CITY: | |
| STATE + ZIP: | - select state - |
| EMAIL: | |

**ADDITIONAL INFORMATION:**

I'd like to learn more and receive the latest Festival news from the Food Network & Cooking Channel New York City Wine & Food Festival presented by Capital One? (*Privacy Policy*)
○ Yes   ● No

NYCgo delivers the best of NYC right to your inbox. Want exclusive updates on dining, NYC Restaurant Week®, Broadway, attractions and more? (*Privacy Policy*)
○ Yes   ● No

*Continuous Service Program: I understand that unless I tell you otherwise, I will receive uninterrupted service and access; my subscription(s) will be automatically renewed at the end of each subscription term, at the rate(s) then in effect. I authorize you to fulfill my subscription(s) and charge the credit/debit card if provided, or send me a bill if not. I won't be bothered with any renewal notices, instead, I will receive a clearly marked reminder notice with the current rate(s) about 30 days prior to charging my credit/debit card or receiving a bill. I may opt out of the automatic renewal at any time by contacting customer service referenced below and receive a refund for all undelivered issues.

**SUBMIT**

NO PURCHASE NECESSARY TO ENTER OR WIN. Food Network Magazine Food Network & Cooking Channel New York City Wine & Food Festival presented by Capital One Sweepstakes. Sponsored by Hearst Communications, Inc. Beginning July 31, 2018 at 12:01 AM (ET) through September 30, 2018 at 11:59 PM (ET), go to foodnetwork.com/nycwffsweeps on a computer or wireless device and complete the entry form pursuant to the on-screen instructions. One (1) Winner will win a trip for two people to attend the Food Network & Cooking Channel New York City Wine & Food Festival presented by Capital One, currently scheduled for October 11 – 14, 2018 in New York, NY. Total approximate retail value for all prizes awarded: $4,502. Important Notice: You may be charged for visiting the mobile website in accordance with the terms of your service agreement with your carrier. Odds of winning will depend upon the total number of eligible entries received. Open to the legal residents of the 48 contiguous states and the District of Columbia (excluding Alaska and Hawaii), who are 21 or older in his or her state or territory of residence at time of entry. Void in Puerto Rico, Alaska, Hawaii, and where prohibited by law. Sweepstakes subject to complete official rules available at foodnetwork.com/nycwffsweeps.

**HEARST** magazines

*Food Network Magazine's* cover price is $4.99 an issue ($5.99 in November, December) and it publishes monthly, except for Jan/Feb and Jul/Aug and when future combined issues are published that count as two issues as indicated on the issue's cover. Your first issue will arrive in 4-6 weeks. Sales tax will be charged where applicable. Food Network Magazine is published by Hearst Magazine Media, Inc. ©2019

This form is secured by SSL encryption. Hearst Customer Service • P.O. Box 6000, Harlan, IA 51593-1500

CUSTOMER SERVICE  |  GIVE FOOD NETWORK MAGAZINE AS A GIFT  |  OTHER MAGAZINE SUBSCRIPTIONS

Exhibit 9
Page 24