# TABLE OF EXHIBITS

| Ex. | Description | Pages |
|---|---|---|
| 1 | Senate Bill 340 (Apr. 2, 2009) | 1-7 |
| 2 | Senate Bill 340 (June 24, 2009) | 8-11 |
| 3 | Nakai Wine & Food Festival Email | 12-13 |
| 4 | Wine & Food Festival Webpage | 14-15 |
| 5 | Nakai "Invoice" Email | 16 |
| 6 | Nakai "Order Confirmation" Email | 17-18 |
| 7 | Nakai Payment Confirmation Email | 19-20 |
| 8 | Nakai Online Invoice Payment Form | 21 |
| 9 | Arnold 2017 *HGTV Magazine* Invoice | 22-23 |
| 10 | *Woman's Day/Good Housekeeping* Postcard Offer | 24-25 |
| 11 | Arnold *Good Housekeeping* "Order Confirmation" Email | 26-27 |
| 12 | Arnold *Woman's Day* "Order Confirmation" Email | 28-29 |
| 13 | Arnold *Oprah Magazine* "Order Confirmation" Email | 30-31 |
| 14 | Ruppert "Credit Adjustment" Offer | 32-33 |
| 15 | Online Offer Webpage | 34 |
| 16 | Ruppert *Food Network Magazine* "Order Confirmation" Email | 35-36 |
| 17 | Ruppert *HGTV Magazine* "Order Confirmation" Email | 37-38 |
| 18 | BBB Complaint (Jan. 6, 2020) | 39 |
| 19 | BBB Complaint (Dec. 17, 2019) | 40 |
| 20 | BBB Complaint (Mar. 30, 2019) | 41 |
| 21 | BBB Complaint (Jan. 18, 2019) | 42 |
| 22 | BBB Complaint (Aug. 20, 2018) | 43 |
| 23 | BBB Complaint (Jan. 8, 2018) | 44 |
| 24 | BBB Complaint (May 8, 2017) | 45 |