# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FENELLA ARNOLD, KELLY NAKAI, and MICHELE RUPPERT, individually and on behalf of all others similarly situated,<br><br>                           Plaintiffs,<br><br>v.<br><br>HEARST MAGAZINE MEDIA, INC., a Delaware corporation; CDS GLOBAL, INC., an Iowa corporation; and DOES 1-50, inclusive,<br><br>                           Defendants. | Case No.: 19-cv-1969-WQH-MDD<br><br>**ORDER** |

HAYES, Judge:

      IT IS HEREBY ORDERED that the stay is lifted (ECF No. 48) and the Joint Motion to Dismiss is granted. (ECF No. 54). This case is dismissed with prejudice as to Plaintiffs Fenella Arnold, Kelly Nakai, and Michele Ruppert, and without prejudice as to the putative class, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees. The Clerk shall close the case.

Dated: May 10, 2022

                                                                    */s/ William Q. Hayes*<br>
                                                            Hon. William Q. Hayes<br>
                                                            United States District Court